```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
AGRON ISUFI,

                    Plaintiff,

-against-

622 THIRD AVENUE COMPANY, LLC,
COHEN BROTHERS REALTY
CORPORATION, AND LAWRENCE
ANGELO, INDIVIDUALLY,

                    Defendants.
---------------------------------------------------------------x

Civ. No.: 18-CV-2076

STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorney of records on behalf of Plaintiff, AGRON ISUFI, and the undersigned attorney of record on behalf of Defendants, 622 THIRD AVENUE COMPANY, LLC, COHEN BROTHERS REALTY CORPORATION, and LAWRENCE ANGELO (collectively, "Defendants"), in the above-captioned action, and pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned be, and the same hereby is, voluntarily dismissed, with prejudice, as to all claims which were or could have been asserted therein against Defendants, and without costs to any party as against the other, upon the Court's approval of the parties' Voluntary Settlement Agreement and General Release.

| JOSEPH & NORINSBERG, LLC | JACKSON LEWIS P.C. |
|---|---|
| By: _____ | By: _____ |
| Chaya M. Gourarie, Esq. | Paul J Siegel, Esq. |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| 225 Broadway, Suite 2700 | 58 South Service Road, Suite 250 |
| New York, New York 10007 | Melville, New York 11747 |
| (212) 227-5700 | (631) 247-0404 |
| chaya@norinsberglaw.com | paul.siegel@jacksonlewis.com |
| Dated: 10/24/2018 | Dated: 11/06/2018 |



11/7/18

SO ORDERED:

~~U.S.D.J.~~

**Robert W. Lehrburger**
**United States Magistrate Judge**
**Southern District of New York**

